IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Castaneda, Ruben E | Case Number: 07 B 04324 |
| | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | Filed: 3/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 14, 2008
Confirmed: September 17, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 17,310.00 | |
| Secured: | | 16,365.49 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 934.17 |
| Other Funds: | | 10.34 |
| Totals: | 17,310.00 | 17,310.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 2. | Great Lakes Bank NA | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial | Secured | 0.00 | 0.00 |
| 4. | Great Lakes Bank NA | Secured | 1,485.54 | 371.40 |
| 5. | Great Lakes Bank NA | Secured | 6,020.48 | 301.02 |
| 6. | Great Lakes Bank NA | Secured | 195.61 | 0.00 |
| 7. | Great Lakes Bank NA | Secured | 13,545.57 | 677.28 |
| 8. | Great Lakes Bank NA | Secured | 865.89 | 43.29 |
| 9. | Great Lakes Bank NA | Secured | 100,900.59 | 10,492.29 |
| 10. | Great Lakes Bank NA | Secured | 7,796.01 | 1,230.96 |
| 11. | Great Lakes Bank NA | Secured | 2,160.60 | 341.16 |
| 12. | Great Lakes Bank NA | Secured | 10,100.31 | 1,515.06 |
| 13. | Great Lakes Bank NA | Secured | 1,949.56 | 97.47 |
| 14. | Great Lakes Bank NA | Secured | 12,064.85 | 1,295.56 |
| 15. | Asset Acceptance | Unsecured | 207.93 | 0.00 |
| 16. | Sallie Mae | Unsecured | 18,316.81 | 0.00 |
| 17. | CitiFinancial | Unsecured | 15,246.95 | 0.00 |
| 18. | RoundUp Funding LLC | Unsecured | 1,069.73 | 0.00 |
| 19. | RoundUp Funding LLC | Unsecured | 829.40 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 8,242.81 | 0.00 |
| 21. | Heartwood | Priority | | No Claim Filed |
| 22. | Z Financial | Priority | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| 24. | Nicor Gas | Unsecured | | No Claim Filed |
| 25. | Biehl & Biehl | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Castaneda, Ruben E | Case Number: 07 B 04324 |
| | Judge: Hollis, Pamela S |
| Printed: 7/1/08 | Filed: 3/12/07 |

$ 200,998.64         $ 16,365.49

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 934.17 |

$ 934.17

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____